UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARON BRIDGEWATER,<br><br>    Plaintiff,<br><br>  vs.<br><br>SHAWN BANKSON, et al.,<br><br>    Defendants. | Case No: C 10-00704 SBA<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On June 2, 2010, this Court denied, with prejudice, Plaintiff's Application to Proceed In Forma Pauperis and ordered Plaintiff to pay the requisite filing fee by June 22, 2010. (Docket 25.) In that Order, the Court stated that "Plaintiff is expressly warned that, if she does not comply with the deadline set forth in this Order, her case will be dismissed without prejudice and without further notice." (Id.) (emphasis in original). To date, Plaintiff has failed to pay the filing fee. Accordingly,

IT IS HEREBY ORDERED THAT this action is DISMISSED without prejudice. The Clerk shall close this file and terminate all pending matters.

IT IS SO ORDERED.

Dated: August 24, 2010

                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

**1** UNITED STATES DISTRICT COURT
FOR THE
**2** NORTHERN DISTRICT OF CALIFORNIA

**3**

BRIDGEWATER et al,
**4**
        Plaintiff,
**5**
  v.
**6**
BANKSON et al,
**7**
        Defendant.
**8**                                     /

**9**
                                              Case Number: CV10-00704 SBA
**10**
                                              **CERTIFICATE OF SERVICE**
**11**

**12** I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

**13**
That on August 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
**14** copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
**15** located in the Clerk's office.

**16**

**17**
Sharon Bridgewater
**18** 12070 W. Outer Drive
Detroit, MI 48223
**19**
Dated: August 24, 2010
**20**                                       Richard W. Wieking, Clerk

**21**                                             By: LISA R CLARK, Deputy Clerk

**22**

**23**

**24**

**25**

**26**

**27**

**28**